UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CEDRIC GREENE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ACCESS SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. CV 25-01540-JFW (AS)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　**IT IS ORDERED** that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
2  Order and the Magistrate Judge's Report and Recommendation on
3  Plaintiff.

5    Pursuant to the Order Accepting Findings, Conclusions, and
6  Recommendations of United States Magistrate Judge, **IT IS ADJUDGED**
7  that the above-captioned case is dismissed with prejudice.

    DATED: August 26, 2025

_____
                          JOHN F. WALTER
                          UNITED STATES DISTRICT JUDGE