1

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

|  |  |
|---|---|
| CEDRIC GREENE,<br><br>           Plaintiff,<br><br>      v.<br><br>ACCESS SERVICES, INC.,<br><br>           Defendant. | Case No. CV 25-01540-JFW (AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

    DATED: August 26, 2025


_____
                JOHN F. WALTER
          UNITED STATES DISTRICT JUDGE